IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SALIM CHAROLIA AND** <br> **ROZBIN CHAROLIA** <br><br> *Plaintiff* <br><br> V. <br><br> **ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,** <br><br> *Defendant* | § § § § § § § § § § § § | <br><br><br><br><br> **CIVIL ACTION NO. 4:17-cv-1902** |

## INDEX OF MATTERS BEING FILED

Pursuant to Rules of the United States District Court for the Southern District of Texas, the following is an index of matters being filed in this case:

1. Notice of Removal;

2. Index of Matters Being Filed (Exhibit 1);

3. Index of State Court Documents (Exhibit 2),

4. Certificate of Interested Parties (Exhibit 3)

# EXHIBIT 1