IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SALIM CHAROLIA AND** § | | |
| **ROZBIN CHAROLIA** § | | |
| § | | |
| *Plaintiff* § | | |
| § | | |
| V. § | CIVIL ACTION NO. 4:17-cv-1902 | |
| § | | |
| **ALLSTATE VEHICLE AND PROPERTY** § | | |
| **INSURANCE COMPANY,** § | | |
| § | | |
| *Defendant* § | | |

**DEFENDANT ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY'S**
<u>**CERTIFICATE OF INTERESTED PARTIES**</u>

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Defendant Allstate Vehicle and Property Insurance Company, files this Certificate of Interested Parties.

See above and the below list of named Parties.

<u>**PLAINTIFFS**</u>**:**

1. **Salim Charolia**
   **Rozbin Charolia**
   Jesse S. Corona
   Corona Law Firm
   521 N. Sam Houston Pkwy. E., Suite 420
   Houston, Texas 77060
   [jesse@thecoronalawfirm.com](mailto:jesse@thecoronalawfirm.com)

<u>**DEFENDANT**</u>**:**

2. **Allstate Vehicle and Property Insurance Company**
   Roger D. Higgins
   State Bar No. 09601500
   Thompson, Coe, Cousins & Irons, L.L.P.
   700 N. Pearl Street, Twenty-Fifth Floor
   Dallas, Texas 75201-2832
   Telephone:  (214) 871-8200
   Telecopy:  (214) 871-8209
   [rhiggins@thompsoncoe.com](mailto:rhiggins@thompsoncoe.com)

**EXHIBIT 3**

Marilyn S. Cayce
State Bar No. 17705500
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8216
Telecopy: (713) 403-8299

          Respectfully submitted,

          By: */s/ Marilyn Cayce*
              Roger D. Higgins
              State Bar No. 09601500
              THOMPSON, COE, COUSINS & IRONS, L.L.P.
              Plaza of the Americas
              700 N. Pearl Street, Twenty-Fifth Floor
              Dallas, Texas 75201-2832
              Telephone:  (214) 871-8200
              Telecopy:  (214) 871-8209
              rhiggins@thompsoncoe.com

              *and*

              Marilyn S. Cayce
              State Bar No. 17705500
              THOMPSON, COE, COUSINS & IRONS, L.L.P.
              One Riverway, Suite 1400
              Houston, Texas 77056
              Telephone: (713) 403-8216
              Telecopy: (713) 403-8299
              mcayce@thompsoncoe.com

**EXHIBIT 3**

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 21st day of June, 2017, a true and correct copy of this document was delivered in accordance with the Federal Rules of Civil Procedure to the following:

Jesse S. Corona
Corona Law Firm
521 N. Sam Houston Pkwy. E., Suite 420
Houston, Texas 77060
jesse@thecoronalawfirm.com

           */s/ Marilyn S. Cayce*
           Marilyn S. Cayce

**EXHIBIT 3**